# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 18-31145
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
May 7, 2019

Lyle W. Cayce
Clerk

In the Matter of: LILLIE MAE BANKS,

     Debtor,

LAW SOLUTIONS CHICAGO, L.L.C., doing business as UpRight Law, L.L.C.,

     Appellant,

v.

UNITED STATES TRUSTEE,

     Appellee.

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 5:18-CV-216

Before SMITH, WIENER, and WILLETT, Circuit Judges.

PER CURIAM:*

    Appellant UpRight Law, LLC, objects to the sanctions and requirements ordered by the bankruptcy court following Appellant's appalling conduct in the debtor's case. As amply demonstrated by the record, in what should have been

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 18-31145

a simple and straightforward bankruptcy matter, the Appellant misled and neglected the debtor for approximately two years. Considering the Appellant's many rule violations and the egregious way that it mishandled the debtor's case, the bankruptcy court's well-reasoned memorandum opinion correctly disposed of this motion. For the reasons given by the bankruptcy and district courts their rulings and holdings are AFFIRMED.